IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE DIVISION

| | |
|---|---|
| **JEANNIE M. MARSHALL,** | ) |
| Plaintiff, | ) Case No. 2:10CV00019 |
| v. | ) **FINAL JUDGMENT** |
| **MICHAEL J. ASTRUE,** | ) By: James P. Jones |
| **COMMISSIONER OF** | ) United States District Judge |
| **SOCIAL SECURITY,** | ) |
| Defendant. | ) |

For the reasons stated in the Opinion accompanying this Final Judgment, it is

**ADJUDGED AND ORDERED** as follows:

1. Defendant's Objections to the Report and Recommendation are **sustained**;

2. The Findings of the Report are **accepted in part and rejected in part**;

3. The Recommended Disposition set forth in the Report is **rejected;**

4. The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is **granted**;

5. The final decision of the Commissioner is **affirmed**; and

6. The clerk is directed to close the case.

ENTER: April 18, 2011

/S/ JAMES P. JONES
United States District Judge